# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 05-1129
## consolidated with CW05-917

**CLARK A. GUNDERSON, M. D., ET AL.**

**VERSUS**

**F. A. RICHARD & ASSOCIATES, INC., ET AL.**

************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT ,
PARISH OF CALCASIEU, NO. 2004-2417,
HONORABLE ROBERT L. WYATT, DISTRICT JUDGE

************

## MICHAEL G. SULLIVAN
## JUDGE

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

**WRIT DENIED; JUDGMENT AFFIRMED.**

Thomas A. Filo
Cox, Cox, Filo, Camel & Wilson, L.L.P.
723 Broad Street
Lake Charles, Louisiana  70601
(337) 436-6611
Counsel for Plaintiffs/Applicants/Appellees:
    Beutler-England Clinic
    Dr. Clark Gunderson
    Dr. Frank W. Lopez

**Stephen B. Murray**
**Arthur M. Murray**
**Nicole A. Ieyoub**
**The Murray Law Firm**
**909 Poydras Street, Suite 2550**
**New Orleans, Louisiana  70112**
**(504) 525-8100**
**Counsel for Plaintiffs/Applicants/Appellees:**
      **Beutler-England Clinic**
      **Dr. Frank W. Lopez**
      **Dr. Clark Gunderson**

**John S. Bradford**
**William B. Monk**
**Stockwell, Sievert, Viccellio,**
**Clements & Shaddock, L.L.P.**
**One Lakeside Plaza, Fourth Floor**
**Lake Charles, Louisiana  70601**
**(337) 436-9491**
**Counsel for Plaintiffs/Applicants/Appellees:**
      **Dr. Clark Gunderson**
      **Beutler-England Clinic**
      **Dr. Frank W. Lopez**

**Charles S. McCowan, Jr.**
**Todd A. Rossi**
**Terrence D. McCay**
**Charles S. McCowan, III**
**Louis V. Gregoire, Jr.**
**Kean, Miller, Hawthorne, D'Armond,**
**McCowan & Jarman, LLP**
**Post Office Box 3513**
**Baton Rouge, Louisiana  70821**
**(225) 387-0999**
**Counsel for Defendant/Respondent/Appellant:**
      **Focus Healthcare Management, Inc.**

**Michael Kendall**
**Lauren M. Papenhausen**
**Jennifer S. Geetter**
**McDermott Will & Emery, LLP**
**28 State Street**
**Boston, Massachusetts  02109-1775**
**(617) 535-4000**
**Counsel for Defendant/Respondent/Appellant:**
      **Focus Healthcare Management, Inc.**

**Gustave A. Fritchie, III**
**David W. O'Quinn**
**Douglas J. Moore**
**Irwin, Fritchie, et al**
**400 Poydras Street, Suite 2700**
**New Orleans, Louisiana  70130**
**(504) 310-2100**
**Counsel for Defendant:**
      **Cambridge Integrated Services, Inc.**

**John E. Galloway**
**Galloway, Johnson, Tompkins, Burr & Smith**
**701 Poydras Street, Suite 4040**
**New Orleans, Louisiana 70139**
**(504) 525-6802**
**Counsel for Defendant:**
        **F. A. Richard & Associates, Inc.**

**Perry R. Staub, Jr.**
**Larry E. Demmons**
**Taggart, Morton, Ogden, Straub,**
**Rougelot & O'Brien**
**1100 Poydras Street, Suite 2100**
**New Orleans, Louisiana 70163-2100**
**(504) 599-8500**
**Counsel for Defendant:**
        **First Health Group Corporation**

**Janice B. Unland**
**Robert T. Lorio**
**Paul Eric Harrison**
**Rabalais, Unland & Lorio**
**5100 Village Walk, Suite 300**
**Covington, Louisiana 70433**
**(985) 893-9900**
**Counsel for Defendant:**
        **National Loss Control Management, Inc.**

**Steve M. Sikich**
**The Sikich Law Firm**
**Post Office Box 1432**
**Lake Charles, Louisiana 70602**
**(337) 721-8008**
**Counsel for Defendant:**
        **First Health Group Corporation**

**E. Paige Sensenbrenner**
**John B. Davis**
**Rusty John Savoie**
**Andrew C. Kolb**
**Adams & Reese**
**701 Poydras Street, Suite 4500**
**New Orleans, Louisiana 70139**
**(504) 585-0283**
**Counsel for Defendant:**
        **AIG Claims Service, Inc.**

**Kimberly G. Anderson**
**Attorney at Law**
**701 Poydras Street, 40th Floor**
**New Orleans, Louisiana 70139**
**(504) 525-2456**
**Counsel for Defendant:**
        **F. A. Richard & Associates, Inc.**

**Theodore Robert Scarborough**
**Attorney at Law**
**10 S. Dearborn Street, 48th Floor**
**Chicago, Illinois  60603**
**(312) 853-7000**
**Counsel for Defendant:**
     **AIG Claims Service, Inc.**

SULLIVAN, Judge.

For the reasons assigned in *Gunderson v. F. A. Richard & Associates, Inc.*, CW05-917 (La.App. 3 Cir. 8/__/06), ___ So.2d ___, the judgment of the trial court is affirmed. Costs of this appeal are assessed to Defendant/Appellant, Focus Healthcare Management, Inc.

**AFFIRMED.**